IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KEITH GRANT, <br> STEPHANIE GRANT, <br><br> Plaintiffs, <br><br> v. <br><br> FLYING BUD FARMS, LLC, et al. <br><br> Defendants. | ) <br> ) <br> ) <br> )   Case No. 22-CV-1-TCK-CDL <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, respectfully submit this Joint Stipulation of Dismissal. Plaintiffs Keith and Stephanie Grant dismiss all claims against Defendants with prejudice, with each party bearing their own costs and attorneys' fees. This Joint Stipulation is signed by counsel for all Parties, and the Parties have been fully informed of the effect of such a dismissal with prejudice.

Respectfully submitted,

*/s/ R. Trent Shores*
R. Trent Shores, OBA No. 19705
John D. Russell, OBA No. 13343
Amelia A. Fogleman, OBA No. 16221
Justin A. Lollman, OBA No. 32051
Barrett L. Powers, OBA No. 32485
**GABLEGOTWALS**
110 North Elgin Avenue, Suite 200
Tulsa, Oklahoma 74120-1495
T: (918) 585-4800 | F: (918) 585-4990 (fax)
*tshores@gablelaw.com*
*jrussell@gablelaw.com*
*afogleman@gablelaw.com*
*jlollman@gablelaw.com*
*bpowers@gablelaw.com*

**COUNSEL FOR PLAINTIFFS**
**KEITH AND STEPHANIE GRANT**

*/s/ J. Craig Buchan*
J. Craig Buchan, OBA No. 19420
Katie Crane, OBA No. 34575
Micah J. Peterson, OBA No. 32100
**MCAFEE & TAFT, A PROFESSIONAL CORPORATION**
Two West Second Street, Suite 1100
Tulsa, Oklahoma 74103
T: (918) 574-3049 | F: (918) 574-3149
*craig.buchan@mcafeetaft.com*
*katie.crane@mcafeetaft.com*
*micah.peterson@mcafeetaft.com*

**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      I hereby certify that on December 13, 2022, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants.

                                          */s/ R. Trent Shores*
                                          R. Trent Shores